JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MITCHELL,<br><br>    Petitioner,<br><br>v.<br><br>R. C. JOHNSON, Warden,<br><br>    Respondent. | Case No. 2:20-cv-05358-MWF-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition without Prejudice, IT IS ADJUDGED that the Petition (Dkt. 1) is dismissed without prejudice.

DATED: August 6, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE